**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2026

UNITED STATES OF AMERICA,

- against -

WILLIAM SARRIS,

Defendant.

**26 Cr. 399 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

An initial conference is hereby scheduled in this matter for Friday, September 25, 2026, at 2:00 PM.

**SO ORDERED.**

Dated: 18 September 2026
New York, New York

Victor Marrero
U.S.D.J.