AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

United States
*Plaintiff*
v.
Willim Sarris
*Defendant*

Case No.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Willim Sarris.

Date: ____________

*Attorney's signature*

Arlo Devlin-Brown
*Printed name and bar number*

230 Park Avenue, NY, NY 10169
*Address*

Arlo@tdblaw.com
*E-mail address*

646-596-4564
*Telephone number*

*FAX number*