ORIGINAL

Duration: 11 MIN

DOCKET No. 1:26-cr-00399-VM-1 DEFENDANT William Sarris

AUSA Samuel Rothschild

DEF.'S COUNSEL Arlo Devlin-Brown
☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ ________ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.

☑ Other: Presentment

DATE OF ARREST 9/2/2026 CA ☐ VOL. SURR.
TIME OF ARREST ________ ☒ ON WRIT
TIME OF PRESENTMENT 11:06 AM

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE
☒ DETENTION: RISK OF FLIGHT/DANGER (scribbled out)
☐ DETENTION HEARING SCHEDULED FOR: ________
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 1MM BOND ☒ 1 FRP
☐ SECURED BY $ ________ CASH/PROPERTY: ________
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ ALL DISTRICTS IN CALIF. + D. OF ARIZONA
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ________
________; REMAINING CONDITIONS TO BE MET BY: 10/2/2026

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- No contact outside presence of counsel with employees or customers of Lingto Inc.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ________

☒ CONFERENCE BEFORE D.J. ON 9/25/2026 2 pm

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: ________

PRELIMINARY HEARING DATE: ________ ☐ ON DEFENDANT'S CONSENT

**DATE:** 9/25/2026

(signature)
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**